**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

APRIL M. LUCAS,                          :
                                         :
    Plaintiff,                       :
                                         :
vs.                                      :      CIVIL ACTION 14-0191-CB-M
                                         :
CAROLYN W. COLVIN,                       :
Commissioner of Social Security,    :
                                              :
    Defendant.                       :

<u>**ORDER**</u>

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the Secretary's decision be **AFFIRMED** and that this action be **DISMISSED.**

**DONE** this 2nd day of February, 2015.


s/*Charles R. Butler, Jr.*
**CHARLES R. BUTLER, JR.
Senior United States District Judge**